UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY JAMES BUDD,

    Plaintiff,

v.

CARLOS E. RODRIGUEZ and
COREEN E. SCHNEPF,

    Defendants.

CASE NO. 3:17-cv-05966-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's action is dismissed without prejudice for failure to prosecute.

**DATED** this 20th day of April, 2018.

Ronald B. Leighton
United States District Judge